PD-1051-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 8/12/2015 8:45:50 AM
Accepted 8/17/2015 11:31:02 AM
ABEL ACOSTA
CLERK

CAUSE NO. _____

**COURT OF APPEALS CAUSE NOS. 09-14-00414-CR, 09-14-00415-CR, 09-14-00416-CR, 09-14-00417-CR, AND 09-14-00418-CR**

| | | |
|---|---|---|
| **THE STATE OF TEXAS** | § | **IN THE COURT OF** |
| | § | |
| **V.** | § | **CRIMINAL APPEALS,** |
| | § | |
| **CHRISTOPHER LEE SUTTON** | § | **AUSTIN, TEXAS** |

_____

**STATE'S MOTION FOR
EXTENSION OF TIME TO FILE A
PETITION FOR DISCRETIONARY REVIEW**

_____

**TO THE HONORABLE JUSTICES OF THE COURT OF CRIMINAL APPEALS:**

COMES NOW the State of Texas, by the undersigned assistant district attorney, and moves the Court for an extension of time to file its petition for discretionary review in the above-captioned cases. The State would respectfully show the Court the following:

1. The appellant was charged by a five-count indictment with the offenses of improper relationship between educator/student. The cases were tried in a single proceeding, in which the appellant pleaded not guilty. The jury found him guilty in all five counts and assessed his punishment at imprisonment for ten years in each

FILED IN
COURT OF CRIMINAL APPEALS

August 17, 2015

ABEL ACOSTA, CLERK

1

count, but recommended that the sentences be suspended and that the appellant be placed on community supervision. The trial court sentenced the appellant in accordance with the jury's verdict, suspended the sentence, and placed the appellant on community supervision for a period of ten years in each of the five counts.

2. The Ninth Court of Appeals reversed the appellant's conviction on July 15, 2015. Therefore the State's petition for discretionary review is due to be filed in this Court on August 14, 2015.

3. The State has not previously requested an extension of time to file its petition for discretionary review.

4. The State hereby requests a one-month extension of time to file its petition for discretionary review, until September 14, 2015.

5. Good cause exists for the requested extension of time, for the following reasons:

> In the past thirty days, the undersigned counsel for the State has been required to prepare and file several written responses, including the State's appellate brief in *Andy Strouse v. State of Texas*, Cause No. 09-15-00061-CR; the State's appellate brief in *Johnnie Lewis O'Neal, Jr. v. State of Texas*, Cause No. 09-15-00229; the State's answer to application for writ of habeas corpus, and proposed findings of fact and conclusions of law in *Ex parte Michael Geoffrey Peters*, Cause No. 14-07-08207-CR-(1); the State's answer to application for writ of habeas corpus, and proposed findings of fact and conclusions of law in *Ex parte Emmanuel Kofi Agbakpe*, Case No. 12-03-03449-CR-(1); the State's answer to application for writ of habeas corpus, and proposed findings of fact and conclusions of law in *Ex parte Richard Allen*

*Womack*, Case No. 13-12-13588-CR-(1); the State's answer to application for writ of habeas corpus, and proposed findings of fact and conclusions of law in *Ex parte Tavaris Don Coleman*, Case No. 13-10-10974-CR-(1); the State's answer to application for writ of habeas corpus; and the State's proposed designation of issues in *Ex parte Joseph Michael Lemke*, Case No. 11-01-00343-CR-(1).

Consequently, counsel has not had sufficient time to prepare an adequate State's petition for discretionary review in this case.

THEREFORE, the State requests an extension of time to file its petition for discretionary review until September 14, 2015, in this case.

Respectfully submitted,

BRETT W. LIGON
District Attorney
Montgomery County, Texas


*/s/ Brent Chapell*
BRENT CHAPELL
Assistant District Attorney
Montgomery County, Texas
S.B.T. No. 24087284
207 W. Phillips, Second Floor
Conroe, Texas   77301
(936) 539-7800
(936) 788-8395 (fax)

3

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing motion was e-mailed to the counsel for the appellant on the date of the filing of the original with the Clerk of this Court.

/s/ Brent Chapell
BRENT CHAPELL
Assistant District Attorney
Montgomery County, Texas